Michael W. Armstrong (SBN 87799)
NOLAN, ARMSTRONG & BARTON, LLP
600 University Avenue
Palo Alto, California 94301
650/326-2980 – Telephone
650/326-9704 – Facsimile
marmstrong@nablaw.com

Counsel for Defendant
Yvonne Chavez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 11-00549 EJD |
| | ) No. CR 11-00561 EJD |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER CONTINUING SENTENCING** |
| | ) **HEARING** |
| YVONNE LEAH CHAVEZ, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

Defendant Yvonne Leah Chavez, by and through her attorney Michael W. Armstrong, and the United States, by and through Assistant United States Attorney Thomas O'Connell, hereby agree and stipulate to continue the sentencing hearing now scheduled for December 10, 2012, at 1:30 p.m., to January 7, 2013, at 1:30 p.m. before the Honorable Edward J. Davila.

The parties so stipulate and request this extension because defendant's attorney, having received the presentence report on November 26, 2012 from Probation Officer Benjamin Flores, requires more time in which to adequately prepare his response. Probation Officer Benjamin Flores has been consulted about this extension and has agreed to this request.

---

*U.S. v. Yvonne Chavez, et al*. Case Nos. CR 11-00549 CR 11-00561 EJD
Stipulation and Proposed Order Continuing Sentencing Hearing

1 | The parties agree that the time from December 10, 2012 through January 7, 2013 is
2 | properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections
3 | 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

IT IS SO STIPULATED.

Date: December 5, 2012                             /S/
                                       _____
                                       Michael W. Armstrong
                                       Attorney for Defendant YVONNE CHAVEZ

Date: December 5, 2012                             /S/
                                       _____
                                       Thomas M. O'Connell
                                       Assistant United States Attorney

---

*U.S. v. Yvonne Chavez, et al*. Case Nos. CR 11-00549 CR 11-00561 EJD
Stipulation and Proposed Order Continuing Sentencing Hearing

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the sentencing hearing currently set for December 10, 2012, is continued to January 7, 2013, at 1:30 p.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from December 10, 2012 through January 7, 2013.

IT IS SO ORDERED.

Date: 12/6/2012

_____
Hon. Edward J. Davila
United States District Judge